698-15

# ELECTRONIC RECORD

COA # 05-14-01067-CR         OFFENSE: 29.03

STYLE: Jimmy Dewayne Hill v. The State of Texas         COUNTY: Dallas

COA DISPOSITION: DISMISSED         TRIAL COURT: 363rd Judicial District Court

DATE: 05/18/2015         Publish: NO    TC CASE #: F-0953582-W

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jimmy Dewayne Hill v. The State of Texas         CCA #: 698-15

____PRO SE____ Petition         CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:         DATE: _____

refused         JUDGE: _____

DATE: July 29, 2015         SIGNED: _____    PC: _____

JUDGE: PC         PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD